# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand twenty-five.

_____

United States of America,

        Appellee,

        v.

Brian Maiorana,

        Defendant – Appellant.

_____

**ORDER**

Docket No. 22-1115

A poll having been conducted and a majority of the active judges of the Court having voted in favor of rehearing this appeal *en banc*, IT IS HEREBY ORDERED that this appeal be heard *en banc*. *See* Fed. R. App. P. 35(a).

Appellant's brief and appendix shall be filed by April 18, 2025. Appellees' brief and appendix shall be filed by May 16, 2025. Appellant's reply brief shall be filed by May 23, 2025. We invite amicus curiae briefs from interested parties. Any amicus curiae briefs shall be filed by May 16, 2025.

We invite the parties to address the following issue: whether this Court should overrule *United States v. Truscello*, 168 F.3d 61 (2d Cir. 1999), and hold that a defendant must be specifically notified, at the sentencing proceeding, in his presence, of all non-mandatory conditions of supervised release imposed as part of a criminal sentence.

The Court will advise the parties as to whether oral argument is required after briefing has been concluded. In the event that oral argument is required, oral argument will be held on June 25, 2025 at 2:00 p.m.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

