# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-five.

---

United States of America,

Appellee,

v.

Brian Maiorana,

Defendant – Appellant.

---

**ORDER**

Docket No. 22-1115

The judges of this court have determined that oral argument is not necessary to resolve the issues in this case. The case will be taken on submission on June 25, 2025, as previously scheduled.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES
SECOND CIRCUIT
COURT OF APPEALS